GAYLORD, Respondent, v. WOODRUFF et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by Edward D. Gaylord, as administratrix of Ann C. Bradford, deceased, against Caroline B. Woodruff and others, as executors of the will of Nelson Beardsley, deceased. No opinion. Judgment and order affirmed, with costs.

GOLDSCHMIDT, Appellant, v. NEW YORK STEAM CO., Respondent. (Supreme Court, Appellate Division, First Department, June 29, 1896.) Action by Georgette Goldschmidt against New York Steam Company. Plaintiff appeals from an order denying motion for a preliminary injunction. See 40 N. Y. Supp. 169. C. Steele, for appellant. J. W. Hawes, for respondent.

PER CURIAM. In view of the nature of the business in which the defendant in this action was engaged, and the quasi public character of its services, and the inconvenience to a portion of the public which would have resulted from the granting of a preliminary injunction in this action at the season of the year at which it was applied for, we are of the opinion that the court below was justified in denying the motion; and for that reason the order appealed from should be affirmed, without costs to either party, but with leave to the plaintiff to renew his motion for a preliminary injunction, provided such renewal is made within a reasonable time after the announcement of our decision upon this appeal.

GREEN, Respondent, v. HAUSSEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by James L. Green against Waldemar Haussen. No opinion. Judgment and order affirmed, with costs.

GREGORY, Respondent, v. POPE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by Frank Gregory against Tjerck Pope. No opinion. Judgment and order affirmed, with costs. Mem. by ADAMS, J. Not published, by direction of ADAMS, J.

HALL v. ENTERPRISE MANUF'G CO. In re TIETZ, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by De Leon F. Hall against the Enterprise Manufacturing Company. Petition by Theodore Tietz for the removal of Austin Brainard as ancillary receiver, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HALL, Appellant, v. LA FRANCE FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 7, 1896.) Action by Sylvester W. Hall against the La France Fire Insurance Company. No opinion. Judgment affirmed, with costs. All concur.

HALL, Respondent, v. VILLAGE OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. September 22, 1896.) Action by Hamilton Hall, administrator, etc., against the village of Glens Falls. No opinion. Order appealed from affirmed, with costs. All concur.

HAZAZER v. ROSENFELD. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs.

In re HEMPSTEAD. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) No opinion. Application granted, without costs to either party. Order to be settled before PARKER, P. J.

HICKEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 22, 1896.) Action by John F. Hickey against the New York Central & Hudson River Railroad Company. No opinion. Motion for a certificate denied. All concur. See 40 N. Y. Supp. 484.

HIRSCHBACH, Respondent, v. KETCHUM, Appellant. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by Simon Hirschbach against Alexander P. Ketchum. No opinion. Motion denied, with $10 costs. See 39 N. Y. Supp. 291.

HOLDEN et al., Respondents, v. KUTSCHER, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) Action by William Holden and Charles Holden against Satie E. Kutscher. No opinion. Motion denied, with costs.

HOLM v. PERMELE-ECCLESTON LUMBER CO. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs. See 34 N. Y. Supp. 458.

HUMMEL v. STERN. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Ten dollars costs allowed on withdrawal of motion. See 36 N. Y. Supp. 443, and 37 N. Y. Supp. 1146.

IRWIN, Respondent, v. HAINES, appellant. (City Court of New York, General Term. October, 1895.) Action by Richard T. Irwin against Marcia A. Haines. D. M. Neuberger, for appellant. J. B. Hands, for respondent.

CONLAN, J. Appeal from an order opening a default. Order affirmed, with costs. See Smith v. Fogarty, 6 Civ. Proc. R. 366. FITZSIMONS, J., concurs.

IRWIN v. HAINES. CASKELL v. COWING. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Appeals dismissed, with costs.

JACKSON, Appellant, v. MARSHALL et al., Respondents. (Supreme Court, Appellate